JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURU DANG,<br><br>          Plaintiff,<br><br>     v.<br><br>JEH JOHNSON, Secretary of the Department of Homeland Security, *et al.*,<br><br>          Defendants. | Case No.: SACV 14-459-DMG(JPRx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE [18]** |


1   Pursuant to the parties' stipulation, and for good cause
2 shown,
3   IT IS ORDERED that the action is dismissed without
4 prejudice, with each side to bear its own attorney's fees and
5 costs.  The Order to Show Cause issued on November 20, 2014
6 [Doc. # 17] is hereby DISCHARGED.

7
8 DATED:   December 1, 2014
9
10                                   _____
                                    DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE

-1-